# FIELDS LAW FIRM

Minneapolis | Dallas | Philadelphia

MATTHEW FORSBERG
ATTORNEY*
DIRECT 612-383-1868
1-888-847-8517 EXT. 868
MATT@FIELDSLAW.COM
*Licensed in MN, TX and NJ

ANGELA STURM
PARALEGAL
DIRECT 612-206-3471
1-888-847-8517 EXT. 471
ANGELA@FIELDSLAW.COM

November 14, 2024

The Honorable Judge Sam A. Lindsay
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1544
Dallas, TX 75242-1003

*VIA ECF*

RE:   Shanna Moore v. Equifax Information Services LLC, et al.
      Court File No. 3:24-cv-2655

Dear Judge Lindsay:

Please be advised that Plaintiff Shanna Moore and Defendant Trans Union LLC have settled the claims between these two parties subject to the signing of a settlement agreement and release. Plaintiff expects to file a Notice of Dismissal within 60 days. Defendants Equifax Information Services LLC, Nationstar Mortgage LLC, Ally Financial, Mission Lane and Credit One Bank, N.A., still remain, and Plaintiff has not settled the claims with these Defendants.

Respectfully Submitted,

*/s/ Matthew Forsberg*

Matthew Forsberg
MPF/as
Attorney

cc: All Counsel (via ECF)