UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Shanna Moore,<br><br>　　Plaintiff,<br>vs.<br><br>Equifax Information Services LLC, et al.,<br><br>　　Defendants. | Case No. 3:24-cv-2655<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

　　Plaintiff Shanna Moore, by and through her undersigned counsel hereby dismisses its Complaint against Defendant Credit One Bank, N.A. <u>ONLY</u> with prejudice in the above-captioned case without costs to either party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: November 20, 2024

　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　**Fields Law Firm**

　　　　　　　　　　　　　　　　　　　*/ s/ Matt Forsberg*
　　　　　　　　　　　　　　　　　　　**Matt Forsberg**
　　　　　　　　　　　　　　　　　　　Reg. No. 24082581
　　　　　　　　　　　　　　　　　　　**FIELDS LAW FIRM**
　　　　　　　　　　　　　　　　　　　9999 Wayzata Blvd.
　　　　　　　　　　　　　　　　　　　Minnetonka, MN 55305
　　　　　　　　　　　　　　　　　　　(612) 383-1868
　　　　　　　　　　　　　　　　　　　F: (612) 370-4256
　　　　　　　　　　　　　　　　　　　FCRA-TX@fieldslaw.com

　　　　　　　　　　　　　　　　　　　/s/ *Jonathan A. Heeps*
　　　　　　　　　　　　　　　　　　　Jonathan A. Heeps
　　　　　　　　　　　　　　　　　　　TX Bar No.: 24074387
　　　　　　　　　　　　　　　　　　　Post Office Box 174372
　　　　　　　　　　　　　　　　　　　Arlington, TX 76003

T: (682) 738-6415  
F: (844) 738-6416  
Email: jaheeps@heepslaw.com

*Counsel for Plaintiff*