UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Shanna Moore,<br><br>　　　Plaintiff,<br>vs.<br><br>Equifax Information Services LLC, et al.,<br><br>　　　Defendants. | Case No. 3:24-cv-2655<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO NATIONSTAR MORTGAGE LLC** |

　　　IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendant, Nationstar Mortgage LLC ONLY, by and through their undersigned attorneys, that all claims by Plaintiff against Defendant Nationstar Mortgage LLC ONLY, shall be dismissed with prejudice, on its merits and in its entirety and without an award of costs, disbursements or attorneys' fees to either Plaintiff or Defendant.

Dated: January 7, 2025

　　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　　　**Fields Law Firm**

　　　　　　　　　　　　　　　　　　　　*/ s/ Matt Forsberg*
　　　　　　　　　　　　　　　　　　　　**Matt Forsberg**
　　　　　　　　　　　　　　　　　　　　Reg. No. 24082581
　　　　　　　　　　　　　　　　　　　　**FIELDS LAW FIRM**
　　　　　　　　　　　　　　　　　　　　9999 Wayzata Blvd.
　　　　　　　　　　　　　　　　　　　　Minnetonka, MN 55305
　　　　　　　　　　　　　　　　　　　　(612) 383-1868
　　　　　　　　　　　　　　　　　　　　F: (612) 370-4256
　　　　　　　　　　　　　　　　　　　　FCRA-TX@fieldslaw.com

/s/ *Jonathan A. Heeps*
Jonathan A. Heeps
TX Bar No.: 24074387
Post Office Box 174372
Arlington, TX 76003
T: (682) 738-6415
F: (844) 738-6416
Email: jaheeps@heepslaw.com

*Counsel for Plaintiff*

Dated: January 7, 2025

**McGuireWoods LLP**

By: /s/ Andrew N. Bernardini
Andrew N. Bernardini
NC Bar No. 29107 (and admitted to practice
In the USDC, NDTX)
201 North Tryon Street, Suite 3000
Charlotte, NC 28202-2146
T: (704) 373-4616
F: (704) 373-8824
abernardini@mcguirewoods.com


*Counsel for Defendant*