# FIELDS LAW FIRM

Minneapolis | Dallas | Philadelphia

MATTHEW FORSBERG
ATTORNEY*
DIRECT 612-383-1868
1-888-847-8517 EXT. 868
MATT@FIELDSLAW.COM
*Licensed in MN, TX and NJ

ANGELA STURM
PARALEGAL
DIRECT 612-206-3471
1-888-847-8517 EXT. 471
ANGELA@FIELDSLAW.COM

February 7, 2025

The Honorable Judge Sam A. Lindsay
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1544
Dallas, TX 75242-1003

*VIA ECF*

RE: Shanna Moore v. Equifax Information Services LLC, et al.
Court File No. 3:24-cv-2655

Dear Judge Lindsay:

Please be advised that Plaintiff Shanna Moore and Defendant Mission Lane have settled the claims between these two parties subject to the signing of a settlement agreement and release. Plaintiff and Defendant Mission Lane expect to file a Stipulation of Dismissal within 60 days. Defendant Ally Financial still remains, and Plaintiff has not settled the claims with this Defendant.

Respectfully Submitted,

*/s/ Matthew Forsberg*

Matthew Forsberg
MPF/as
Attorney

cc: All Counsel (via ECF)